**No. 09-10209. In re Douglas Shaw, Petitioner.**

560 U.S. 903, 130 S. Ct. 3307, 176 L. Ed. 2d 1211, 2010 U.S. LEXIS 4123.

May 17, 2010. Petition for writ of mandamus denied.

**No. 09-9507. In re Hubert Warren, Petitioner.**

560 U.S. 903, 130 S. Ct. 3282, 176 L. Ed. 2d 1211, 2010 U.S. LEXIS 4111.

May 17, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of mandamus dismissed. See Rule 39.8.

**No. 09-9541. In re Hubert Warren, Petitioner.**

560 U.S. 903, 130 S. Ct. 3283, 176 L. Ed. 2d 1211, 2010 U.S. LEXIS 4152.

May 17, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of mandamus dismissed. See Rule 39.8.

**No. 09-823. Dale Michele Stingley, Petitioner v. Den-Mar Inc., et al.**

560 U.S. 919, 130 S. Ct. 3314, 176 L. Ed. 2d 1211, 2010 U.S. LEXIS 4132.

May 17, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1006, 130 S. Ct. 1888, 176 L. Ed. 2d 364, 2010 U.S. LEXIS 2564.

**No. 09-843. Thanh Vong Hoai, et al., Petitioners v. Superior Court of the District of Columbia, et al.**

560 U.S. 919, 130 S. Ct. 3314, 176 L. Ed. 2d 1211, 2010 U.S. LEXIS 4097.

May 17, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1007, 130 S. Ct. 1892, 176 L. Ed. 2d 365, 2010 U.S. LEXIS 2645.

**No. 09-848. Alvin L. Williams, Petitioner v. Charles A. Thorsen, III.**

560 U.S. 919, 130 S. Ct. 3314, 176 L. Ed. 2d 1211, 2010 U.S. LEXIS 4110.

May 17, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1007, 130 S. Ct. 1896, 176 L. Ed. 2d 365, 2010 U.S. LEXIS 2674.

**No. 09-895. V. R. DeAngelis, et al., Petitioners v. Commissioner of Internal Revenue.**

560 U.S. 920, 130 S. Ct. 3317, 176 L. Ed. 2d 1211, 2010 U.S. LEXIS 4137.

May 17, 2010. Petition for rehearing denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Former decision, 559 U.S. 1007, 130 S. Ct. 1904, 176 L. Ed. 2d 366, 2010 U.S. LEXIS 2600.

**No. 09-7938. Corey L. Manning, Petitioner v. Carmen Palmer, Warden.**

560 U.S. 919, 130 S. Ct. 3314, 176 L. Ed. 2d 1211, 2010 U.S. LEXIS 4138.

May 17, 2010. Petition for rehearing denied.